NUMBER 13-08-00382-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JUAN MUNGIA, AS SURVIVING SPOUSE OF 

CONCEPCION MUNGIA, DECEASED, AND

JOSE SEGURA, INDIVIDUALLY, Appellants,


v.



DETAR HOSPITAL NAVARRO, DR. PETER 

PAUL ROJAS, AND RONDA MASCIARELLI, Appellees. 

_____________________________________________________________


On appeal from the 24th District Court of Victoria County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 Appellants, Juan Mungia, as surviving spouse of Concepcion Mungia, deceased,
and Jose Segura, individually, perfected an appeal from a judgment entered by the 24th
District Court of Victoria County, Texas, in cause number 08-1-66727-A. Appellants have
filed a motion to dismiss the appeal on grounds that the parties have executed a settlement
agreement. Appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. 
In accordance with the agreement of the parties, costs are taxed against the party incurring
same. See Tex. R. App. P. 42.1(d). Having dismissed the appeal at appellants' request,
no motion for rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 23rd day of July, 2009.